1
2
3
4
5              IN THE UNITED STATES DISTRICT COURT
6                  FOR THE DISTRICT OF ARIZONA
7
Viki L. Rothe,                    )      CIV 07-1301-PHX-ROS
8                                 )
        Plaintiff,                )
9                                 )
vs.                               )
10                                )      **ORDER**
Resurgent Capital Services, L.P., )
11                                )
        Defendant.                )
12                                )
_____ )
13

14          The Court having been notified that the Parties are voluntarily dismissing this

15   matter in it's entirety;

16          **IT IS ORDERED** that this action will be dismissed with prejudice by the

17   Clerk's Office without further notice on **February 11, 2008** unless prior thereto a request

18   for reinstatement on the Court's trial calendar is filed herein.

19          **IT IS FURTHER ORDERED** all pending motions are denied with leave to

20   reinstate should this matter fail to finalize.

21          **IT IS FURTHER ORDERED** vacating any scheduled hearings and/or trial

22   date.

23          DATED this 10th day of January, 2008.

24

25

26

27   _____
                Roslyn O. Silver
28           United States District Judge